RB:TK
F.#2010R01359/NY-NYE-635H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HENRY BUTLER,
    also known as "Black,"

        Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(A)(ii)(II),
846, 853(a) and 853(p);
T. 18, U.S.C., §§ 3551
et seq.)

THE GRAND JURY CHARGES:

<u>CONSPIRACY TO DISTRIBUTE COCAINE</u>

    1.  On or about and between January 1, 2010 and July 15, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant HENRY BUTLER, also known as "Black," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

    (Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.   The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including but not limited to:

> One blue 2007 Cadillac Escalade registered in the names of Henry and Leah Butler, California Registration # 5WBU876.

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

3

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Henry Butler, also known as "Black"**
2. Related Magistrate Docket Number(s):

3. Arrest Date:
4. Nature of offense(s):   ☒   Felony
                            ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):   None

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: Brooklyn
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   (X) Yes   ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Todd Kaminsky
Assistant U.S. Attorney
718-254-6367

Rev. 3/22/01