# JASON L. RUSSO

## ATTORNEY AT LAW

626 RXR Plaza
Uniondale, New York 11556
Tel: (516) 643-1799


September 20, 2010


Hon. John Gleeson
United States District Court
Eastern District of New York

     RE:    <u>United States v. Henry Butler 10 CR 560</u>

Dear Judge Gleeson:

     I am writing to request to that the above-referenced matter, presently calendared before the Court for September 22, 2010 for a status conference, be adjourned to any available time on October 4, 2010.

     I am making this request as I am presently engaged on trial in the New York Supreme Court, Part 21, in the matter of <u>The People of the State of New York v. Jihoon Lee</u>. Additionally, Mr. Butler has counsel from his home state of California who would like to appear at the next status conference and he is unable to be here on September 22, 2010.

     Lastly, I have conferred with A.U.S.A. Todd Kaminsky, and he has consented to this application. The defendant would ask that time be excluded until October 4, 2010.

     Thank you for your consideration of this request.


                                  Very truly yours,


                                  Jason Russo