<u>Criminal Calendar for a Guilty Plea</u>

**Before: Judge John Gleeson, U.S.D.J.**

Date: __3/17/11__    Time: __11:30Am - 12:00Pm__

DOCKET NUMBER: __10 CR 560__

DEFENDANT'S NAME: __Henny Butler__
   √ Present ___ Not Present √ In Custody ___ Bail

DEFENSE COUNSEL: __Jason Russo__
   ___ Legal Aid ___ CJA √ Retained

AUSA: __Todd Kaminsky__    Deputy Clerk: __Ilene Lee__
INTERPRETER: _____ (Language)
COURT REPORTER: __Charleane Heading__

√ Case called.

Defendant:  √ sworn   ___ arraigned   √ informed of rights
            √ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
√ Defendant enters a plea of GUILTY to Count(s) ONE and THREE of the Superseding Indictment (S-2)
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
   √ _____ of the _____.
√ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.

___ Deft continued on $_____ Bond.    √ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

- Sentencing date is set for July 29, 2011 at 2:00pm.
- Venue is waived by agreement of the parties.